```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 02254
   LEO V GREENWOOD
   CYNTHIA D GREENWOOD                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-0009    SSN XXX-XX-9332


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/09/06 and confirmed on 06/14/06.

   2.  The case was dismissed after confirmation, 11/30/2007.

   3.  The Debtor paid a total of $  25748.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 284.75 | .00 | 284.75 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | 500.00 | .00 | 255.49 |
| CITICARDS PRIVATE LABEL | SECURED | 200.00 | .00 | 200.00 |
| GMAC PAYMENT CENTER | SECURED | 30700.00 | 3152.49 | 8038.99 |
| GMAC PAYMENT CENTER | SECURED | 12550.00 | 1253.69 | 3698.52 |
| ILLINOIS DEPT REVENUE | PRIORITY | 6297.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 20947.21 | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 386.80 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1783.33 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 703.36 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 514.23 | .00 | .00 |
| CARD PROCESSING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| COMPREHENSIVE DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION USA | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 3391.10 | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FINANCE SYSTEMS OF GREEN | UNSECURED | 12969.31 | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| INTELLEPATH | UNSECURED | NOT FILED | .00 | .00 |
| MANTEL MOT | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                  UNSECURED         939.42         .00         .00
PALISADES COLLECTION       UNSECURED      NOT FILED         .00         .00
PALISADES COLLECTION       UNSECURED      NOT FILED         .00         .00
PALISADES COLLECTION       UNSECURED      NOT FILED         .00         .00
OSI COLLECTION SERVICES    UNSECURED        1532.03         .00         .00
RESIDENT DATA COLLECTION   UNSECURED      NOT FILED         .00         .00
STATE COLLECTION SRV       UNSECURED      NOT FILED         .00         .00
B LINE LLC                 UNSECURED        3132.84         .00         .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    962.40         .00       58.89
WILL COUNTY TREASURER      SECURED             .00         .00         .00
INTERNAL REVENUE SERVICE   SECURED        15295.74         .00     1819.50
ILLINOIS DEPT REVENUE      UNSECURED        3769.23         .00         .00
INTERNAL REVENUE SERVICE   UNSECURED        3948.16         .00         .00
AT&T WIRELESS              UNSECURED         232.09         .00         .00
AT&T WIRELESS              UNSECURED         200.60         .00         .00
MONTEREY FINANCIAL SVCS    UNSECURED        1886.03         .00         .00
MONTEREY FINANCIAL SVCS    UNSECURED        2202.03         .00         .00
MONTEREY FINANCIAL SVCS    UNSECURED        1444.45         .00         .00
GMAC PAYMENT CENTER        UNSECURED        4762.87         .00         .00
GMAC PAYMENT CENTER        UNSECURED        6853.79         .00         .00
JAMES M PHILBRICK          ADMINISTRATIV    1150.00         .00     1150.00
```

Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED     60492.89      28394.21     50651.67         .00     139538.77
PRINCIPAL PAID         17356.14       1150.00          .00         .00      18506.14
INTEREST PAID           4406.18           .00          .00         .00       4406.18
TOTAL PAID             21762.32       1150.00          .00         .00      22912.32
```

The Debtor's attorney, LEGAL HELPERS PC                     , was allowed $   3000.00
and was paid $   1000.00  direct and $   2000.00  through the plan.

The Trustee received $     835.68 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


        Dated: 02/08/08                /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                        PAGE   3
CASE NO. 06 B 02254 LEO V GREENWOOD & CYNTHIA D GREENWOOD
```